# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Pamala Lynn Benton,<br><br>　　Plaintiff<br><br>v.<br><br>Geico General Insurance Company, et al.,<br><br>　　Defendants | 2:17-cv-01746-JAD-CWH<br><br>**Remand Order**<br><br>[ECF No. 9] |

　　Plaintiff Pamala Lynn Benton sued her car-insurance company, Geico General Insurance Company, in Nevada state court after it failed to pay her the UIM benefits she claims she is due as a result of a 2015 car accident. Geico removed the case to this court based on diversity jurisdiction (28 USC § 1332), and Benton moves to remand.[1] For the reasons I stated on the record at today's hearing on that motion to remand,

　　IT IS HEREBY ORDERED that the Motion to Remand **[ECF No. 9] is GRANTED; this case is remanded back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-17-755541-C, Dept. No. 2.** All other pending motions **[ECF Nos. 5, 6] are DENIED** without prejudice as moot. The Clerk of Court is directed to CLOSE THIS CASE.

　　Dated August 14, 2017

　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] ECF No. 9.